In the Matter of the BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant, against ERNEST E. COLE, as Commissioner of Education of the State of New York, et al., Respondents.

Argued April 13, 1942; decided April 30, 1942.

*William C. Chanler, Corporation Counsel (Nicholas Bucci* and *Paxton Blair* of counsel), for appellant.

*Charles A. Brind, Jr., Joseph Lipsky* and *Robert C. Killough* for Commissioner of Education of the State of New York, respondent.

*William T. Harris* and *Manuel Weiss* for Isabel M. S. Whittier, respondent.

Order affirmed, with costs to respondent Whittier; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.